# UNITED STATES DISTRICT COURT

### Eastern District of Arkansas



**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 2 7 2019

JAMES W. McCORMACK, CLERK

By: _____ DEP CLERK

| United States of America | |
|---|---|
| v. | Case No.:   4:17CR00293-51 BSM |
| Bradley Chambers | |
| *Defendant* | |

1909-0208-05/7-J

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **Bradley Chambers**

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☒ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows: **Kidnapping in aid of Racketeering 18 USC 1959(a)(1) and (2), Assault with a dangerous weapon in aid or racketeering 18 USC 1959(a)(3) and 2, Maiming in aid of racketeering 18 USC 1959(a)(2) and 2, as further explained in the attached documents.**

Date:  February 7, 2019

_____
*Issuing officer's signature*

City and state:   Little Rock, Arkansas

**JAMES W. MCCORMACK, CLERK**
*Printed name and title*

| **Return** |
|---|

This warrant was received on *(date)* 2/7/2019 , and the person was arrested on *(date)* 3/1/2019
at *(city and state)*  LR, AR .

Date:  3/14/2019

_____
*Arresting officer's signature*

Joseph E Thornton II DUSM
*Printed name and title*