UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                         **PLAINTIFF**

v.                **CASE NO. 4:17-CR-00293-BSM**

**BRADLEY CHAMBERS**                                 **DEFENDANT**

## ORDER

Due to a conflict of interest, Degan Clow is terminated as counsel for Bradley Chambers. CJA panel member John C. Barttelt is appointed to represent Chambers. *See* Local Rule for the Eastern and Western Districts of Arkansas 83.7. Barttelt has 21 days to ask to withdraw.

The clerk is directed to send Barttelt a copy of this order and local rule 83.7. Counsel may access the file from CM/ECF. If counsel is unable to obtain a copy of the file from CM/ECF, he should contact court staff, and a copy of the file, or any portion requested, will be provided via compact disc free of charge.

IT IS SO ORDERED this 8th day of December, 2021.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE